**Appeal Dismissed and Memorandum Opinion filed January 24, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00710-CV

---

## HARRIS COUNTY SPORTS & CONVENTION CORPORATION, Appellant

## V.

## CHRISTOPHER DANIEL DEAS, Appellee

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2021-79690**

---

### MEMORANDUM OPINION

This interlocutory appeal is from an order denying a plea to the jurisdiction signed September 12, 2022. The clerk's record was filed October 4, 2022. The reporter's record was filed October 18, 2022. No brief was filed.

On December 22, 2022, this court issued an order stating that unless appellant filed a brief on or before January 11, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.